FILED
SEP 11 2009
Clerk, U.S. District and Bankruptcy Courts

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re                            )
1815 A STREET                    )
CONDOMINIUM GROUP LLC            )   Case No. ___7___
                Debtor(s).       )   (Chapter __)
                                 )   09-0798

LIST OF CREDITORS AND MAILING MATRIX

1. The attached list, serving both as the list required by Rule 1007(a)(1) of the Federal Rules of Bankruptcy Procedure and as the mailing matrix required by the court's Local Bankruptcy Rules, consists of __1__ pages and a total of __3__ entities listed.

2. The attached list contains a true and correct name and address of:

- each of my creditors (those entities required to be scheduled on Schedules D, E, and F, the Schedules of Creditors Holding Claims, in this case),

- each of the parties required to be listed on Schedule G - Executory Contracts and Unexpired Leases, that is, the parties other than myself, to any unexpired lease of real or personal property to which I am a party;

Page 1 of 2

- each entity required to be listed on Schedule H - Codebtors (any entity, other than my spouse in a joint case, that is also liable on any debts owed to any of my listed creditors, including all guarantors and co-signers).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 10TH day of SEPTEMBER, 2009 by:

1825 A STREET CONDOMINIUM GROUP LLC

_____
Debtor

JOHN P CASEY
MANAGING MEMBER

Executed on this ___ day of _____, _____ by:

_____
Joint Debtor (if joint case filed by both spouses)

1815 A Street Condominium Associat
1815 A St SE No. 203
Washington DC  20003


James R. Owings
12429 St James Rd
Rockville MD 20850


Brisa Fund LLP
PO Box 6777
Washington DC 20020