**FILED**

SEP 1 1 2009

Clerk, U.S. District and
Bankruptcy Courts

9-0798

1815 A STREET CONDOMINIUM GROUP, LLC

## BANKRUPTCY RESOLUTION

The undersigned, being the owner of more than 51% of the membership interests of 1815 A STREET CONDOMINIUM GROUP, LLC, hereby adopts the following resolutions by this written record of action as provided and permitted by the Operating Agreement:

WHEREAS, it is in the best interests of the company and its creditors to seek reorganization in Bankruptcy;

NOW THEREFORE BE IT :
RESOLVED, that the Manager, John F. Casey, is hereby authorized to execute, acknowledge and deliver in the name and on behalf of the company and to file in any United States Bankruptcy Court a Bankruptcy Petition for the reorganization of the company under Chapter 11 of the Bankruptcy Code or, in his discretion , for reorganization or liquidation under any other Chapter of the Bankruptcy Code and any documents or certificates relating thereto, with such changes, additions and amendments thereto as he may deem advisable and such other documents as may be necessary or appropriate;

FURTHER RESOLVED, that the Manager be authorized to do and perform or cause to be done and performed in the name and on behalf of the Company, all actions necessary to effectuate the aforereferenced bankruptcy; and it is hereby

CERTIFIED that John F. Casey is the manager of the Company and that there are no other officers of the Company

IN WITNESS WHEREOF, the undersigned have executed this Consent on the dates respectively set forth below their signatures.

_____
John F. Casey

Date: September 10, 2009