B 4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT

District of Columbia

**FILED**
**SEP 1 1 2009**
Clerk, U.S. District and
Bankruptcy Courts

In re __1815 A St Condominium Dev G LLC__,
    Debtor

Case No. __09-0798__

Chapter __7__

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address, including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |
| There are no unsecured creditors | | | | |

Date: __9/10.2009__

__1815 A St Condo Gp LLC__
Debtor

*[Declaration as in Form 2]*

Official Form 2
6/90

# DECLARATION UNDER PENALTY OF PERJURY
# ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, [the president or other officer or an authorized agent of the corporation] [or a member *or* an authorized agent of the ~~partnership~~ LLC] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing [list ~~or schedule or amendment or other document (describe)~~] 20 LARGEST and that it is true and correct to the best of my information and belief.

Date  9/10/07

Signature _____

_____
(Print Name and Title)