DEFLTRIN (03/03)



United States Bankruptcy Court for
the District of Columbia
E. Barrett Prettyman U. S. Courthouse
333 Constitution Ave, NW #1225
Washington, DC 20001
(202) 565-2500
www.dcb.uscourts.gov

**In Re**                                                                                                  **Case No.** 09–00798

1815 A Street Condominium Group LLC

**Debtor**                                                                                                 **Chapter** 7

ISSUE TO:
1815 A Street Condominium Group LLC
6932 Hawthorn Street
Landover, MD 20875

### NOTICE TO PARTY FILING DEFICIENT BANKRUPTCY CASE

*(NOTE TO FILER: This notice to be attached to any documents when submitting previously deficient items)*

================================================================================

**WARNING – The deficient bankruptcy case filing described above will be dismissed unless you correct the following deficiencies. You have until** 9/21/2009 **to file the corrections.**

The Clerk has accepted the following pleading or document: **(Docket Entry No.**

*1* – Chapter 7 Voluntary Petition and Photo ID of Managing Member. Fee Amount $299 Filed by 1815 A Street Condominium Group LLC Section 316 Incomplete Filing Date 10/26/2009 Government Proof of Claim due by 3/10/2010. Schedules A–J due 9/28/2009. Attorney Fee Disclosure (2016(b)) due 9/28/2009. Incomplete Filings due by 9/28/2009. (Toth, Kate)

*6* – Schedules A–G Filed by 1815 A Street Condominium Group LLC. (Re: Related Document(s) #:[1] Chapter 7 Voluntary Petition.) (Mathewes, Aimee)

).

| | |
|---|---|
| ☐ | *Incomplete Petition* – The petition did not include either the complete address of the debtor/co–debtor or the social security (if a business, the tax identification) number. |
| ☐ | *Official Form* – The voluntary petition and accompanying forms should comply with Official Form 1 (approved by the Judicial Conference, effective 3/1/98). |
| ☐ | *Signature* – The debtor or attorney for the debtor did not sign the petition or the signature is not an original signature. |
| ☐ | *Number of Copies* – The number of copies submitted with the voluntary petition did not comply with LR 1002–1. Chapters 7 and 13 require three copies; Chapter 11 requires five copies. |
| ☐ | *Payment of Filing Fee* – The proper payment for the filing fee was not received. Payments must be made by attorney check or money order (personal checks are not accepted) in the amount listed on the current fee schedule. The check or money order must be dated, signed and made out to Clerk, U.S. Bankruptcy Court. |
| | **Chapter 11 Cases Only** |
| ☐ | *List of Creditors* – The Voluntary Petition was not accompanied by a list containing the names and addresses of each creditor. For Chapter 11 cases, a list of Creditors Holding 20 Largest Unsecured Claims is also required. |

| | |
|---|---|
| ☐ | *Verification of Authority to File* – A voluntary petition filed by a corporate debtor requires a corporate resolution authorizing such filing. A partnership requires a certificate to accompany the petition. See LBR 1002–1(b) and 1004–1. |
| ☐ | *Representation* – Businesses filing under Chapter 11 must be represented by an attorney who is a member of the bar. |
| ☑ | *Other.*  1. A corporation cannot file bankruptcy pro–se. Please file an amended petition signed by an attorney authorized to practice in this court.<br><br>2. Schedules A–H did not include a signed Declaration Regarding Debtor's Schedules. Please file a signed Declaration. |

Dated: 9/14/09

For the Court:
Clerk of the Court

BY: am