**The order below is signed, and the clerk shall additionally mail a
copy to all entities on the Bankruptcy Noticing Center mailing list.
Dated: September 28, 2009.**

**S. Martin Teel, Jr.
U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

```
In re                           )
                                )
1815 A STREET CONDOMINIUM       )    Case No. 09-00798
GROUP LLC,                      )    (Chapter 7)
                                )
              Debtor.           )
```

ORDER DISMISSING CASE

On September 11, 2009, John Casey, the managing member of
the debtor, initiated the above-captioned chapter 7 proceeding.
The debtor's petition, however, was not signed by an attorney nor
has any attorney entered an appearance on behalf of the debtor in
this case.  It is well-settled law that corporations cannot
appear in federal court without licensed counsel.  *See Rowland v.
California Men's Colony*, 506 U.S. 194, 201-02 (1993).  The court
issued a deficiency notice on September 14, 2004, advising the
debtor to file an amended petition signed by an attorney
authorized to practice in this court.  To date the deficiency
remains uncorrected.  Accordingly, it is

ORDERED that the debtor's above-captioned case, Case No. 09-
00798, is hereby DISMISSED.

[Signed and dated above.]

Copies to: Debtor; Debtor's attorney; Chapter 7 Trustee; Office
of United States Trustee.