**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA
AT WASHINGTON, D.C.**

In re:

1815 A STREET CONDOMINIUM GROUP LLC.
    Debtor.

CASE NO.: 09-00798-SMT
Chapter 7
Hearing Date: October 29, 2009 at 2:00pm

BRISA FUND LLLP, its assignees and/or
successors in interest,
    Movant

vs.

1815 A STREET CONDOMINIUM GROUP LLC,
 Debtor,
and
BRYAN S. ROSS,
 Chapter 7 Trustee,

    Respondent(s).

**NOTICE OF MOTION AND OPPORTUNITY TO OBJECT TO MOTION
FOR DISMISSAL OF CASE WITH PREJUDICE AND FOR RULE TO SHOW CAUSE WHY
SANCTIONS SHOULD NOT BE IMPOSED**

    Brisa Fund LLLP, its assignees and/or successors in interest ("Movant"), has filed papers with the court seeking relief in the form of Dismissal of the Case with prejudice to refilling a petition for relief absent prior permission of the Court, and for a Rule to Show Cause why sanctions should not be imposed on John F. Casey and/or Debtor for contempt of Court and/or violation of Rule 9011 of the Bankruptcy Rules of Procedure (the "Motion"). Your rights may be affected.  You should read these papers carefully and discuss them with your lawyer, if you have one in this bankruptcy case.  (If you do not have a lawyer, you may wish to consult one).

    If you do not want the court to grant the motion for relief from stay or if you want the court to consider your views on the motion, then by October 14, 2009, you or your lawyer must file a written response with the Clerk of the Bankruptcy Court explaining your position and mail a copy to:

        Daniel J. Pesachowitz, Esquire
        Samuel I white P.C.
        913 King Street
        Alexandria, VA 22314        and

        Bryan S. Ross
        1800 K Street, NW, Suite 624
        Washington, DC  20036

    If you mail rather than deliver your response to the Clerk of the Bankruptcy Court for filing, you must mail it early enough so that the court will receive it by the date stated above.

    The hearing is scheduled for October 29, 2009 at 2:00 pm **in Courtroom 1,** United States

Bankruptcy Court for the District of Columbia, at 3rd and Constitution Avenue, NW, Washington, DC 20001.

    IF YOU OR YOUR LAWYER DO NOT TAKE THESE STEPS BY THE DEADLINE, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE RELIEF SOUGHT IN THE MOTION AND MAY GRANT OR OTHERWISE DISPOSE OF THE MOTINO BEFORE THE SCHEDULED HEARING DATE.

DATE SERVED:  **09/29/09**

    Brisa Fund LLLP
    Its assignees and/or successors in interest

    By:/s/Daniel J. Pesachowitz
    Daniel J. Pesachowitz
    DC Bar No.14930
    Samuel I. White, P.C.
    913 King Street
    Alexandria, VA  22314
    (703) 739-1070
    dpesacho@siwpc.com
    Attorney for Movant

    By:   /s/ James M. Towarnicky
    James M. Towarnicky
    D.C. Bar No. 370931
    James M. Towarnicky, P.L.L.C.
    3977 Chain Bridge Road, Suite #1
    Fairfax, VA 22030
    (703) 352-0022 / (f) (703) 352-1516
    Slovakesq@aol.com
    Co-Counsel for Movant

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 29th day of September, 2009, I mailed a copy of the foregoing Motion for Dismissal, Notice of Motion, Opportunity to Object and Hearing Notice and Rule to Show Cause by first class mail, postage prepaid to the following:

| | |
|---|---|
| 1815 A Street Condominium Group LLC<br>6932 Hawthorn Street<br>Landover, MD 20875 | Debtor |
| Bryan S. Ross<br>1800 K Street, NW, Suite 624<br>Washington, D.C. 20036 | Chapter 7 Trustee |

    /s/Daniel J. Pesachowitz
    Daniel J. Pesachowitz
    DC Bar No. 14930